UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HARRY D. WITTHAUER** *et al.*,

    **Plaintiff(s),**

  vs.

**MCKESSON CORPORATION** *et al.*,

    **Defendant(s).**

Case No.: 12-CV-05937 YGR

**ORDER STAYING ACTION PENDING RESOLUTION OF APPEALS**

For the reasons stated at the March 11, 2013 Case Management Conference, this action is **STAYED** pending resolution of the appellate proceedings in the remanded cases with which this action was removed pursuant to the "mass action" provision of 28 U.S.C. § 1332(d). The Court sets this matter for a Compliance Hearing every three months, with the first such hearing having been set on Friday, June 14, 2013 at 9:01 a.m. Five (5) business days prior to the date of the Compliance Hearing, Plaintiffs must file a Statement updating the Court on the status of the appellate proceedings. If the Statement has been timely filed, no appearance will be required and the Compliance Hearing will be taken off calendar. Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary. Failure to do so may result in sanctions.

In addition, Plaintiffs shall file a notice of ruling when the Ninth Circuit has issued a ruling that terminates the appeal. Failure to file the Statement, appear at the Compliance Hearing, or file a notice that the Ninth Circuit has terminated the appeal may result in sanctions, including monetary sanctions or dismissal.

**IT IS SO ORDERED.**

Dated: April 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**