**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HARRY D. WITTHAUER** *et al.*, <br>     **Plaintiff(s),** <br>     vs. <br> **MCKESSON CORPORATION** *et al.*, <br>     **Defendant(s).** | **Case No.: 12-CV-05937 YGR** <br><br> **ORDER VACATING COMPLIANCE HEARING, SETTING STATUS CONFERENCE** |

Having reviewed the Status Report filed by the Plaintiffs on September 5, 2013, the Court hereby **VACATES** the September 13, 2013 Compliance Hearing and **SETS** a Case Management Conference for **Monday, October 21, 2013** at **2:00 p.m.**

Plaintiffs shall file a notice of ruling no more than three (3) days after the Ninth Circuit issues the ruling contemplated in the September 5 status update.

The pending motions to appear telephonically at the September 13, 2013 hearing are **DENIED AS MOOT**.

This Order terminates Docket Nos. 92 and 93.

**IT IS SO ORDERED.**

Dated: September 12, 2013

                                           **YVONNE GONZALEZ ROGERS** <br>
                                           **UNITED STATES DISTRICT COURT JUDGE**