1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| HARRY WITTHAUER, et al., | ) | CASE NO.: 4:12-cv-05937-YGR |
|---|---|---|
| Plaintiffs, | ) ) ) | JUDGE: Hon. Yvonne Gonzalez Rogers |
| vs. | ) ) ) | **[PROPOSED] ORDER RE: STAY AND TIME FOR CORNERSTONE BIOPHARMA, INC. AND CORNERSTONE BIOPHARMA HOLDINGS, LLC TO RESPOND TO COMPLAINT IF STAY IS LIFTED** |
| MCKESSON CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

The Court having ruled at the Case Management Conference held on November 1, 2013 that the instant action has previously been and remains stayed until further order of the Court lifting the stay, and good cause appearing,

IT IS HEREBY ORDERED THAT if the stay is hereafter lifted by the Court and the case remains in this Court, Defendants Cornerstone Biopharma, Inc. and Cornerstone BioPharma Holdings, LLC (formerly known as Cornerstone BioPharma Holdings, Inc.) will each have twenty (20) days from the date on which plaintiffs' counsel serves notice that the stay has been ordered lifted by the Court to respond to the plaintiffs' Complaint, and each of said Defendants shall have no obligation to respond to the plaintiffs' Complaint unless and until such notice has been served by

plaintiffs' counsel in accordance with this Order.  Such notice by plaintiffs' counsel shall state the date on which the Court ordered that the stay is lifted and the effective date that the stay is lifted.

IT IS FURTHER ORDERED THAT if the stay is hereafter lifted by the Court, counsel for plaintiffs is to provide such notice to Kai Peters of Gordon & Rees LLP, counsel for Cornerstone Biopharma, Inc. and Cornerstone BioPharma Holdings, LLC (formerly known as Cornerstone BioPharma Holdings, Inc.), at 275 Battery Street, Suite 2000, San Francisco, CA 94111.

IT IS SO ORDERED.

Dated: <u>December 4</u>, 2013

Yvonne Gonzalez Rogers
United States District Judge

CRTX/1075370/17452741v.1

2

[PROPOSED] ORDER RE: STAY AND TIME FOR CORNERSTONE BIOPHARMA, INC. AND CORNERSTONE BIOPHARMA HOLDINGS, LLC TO RESPOND TO COMPLAINT IF STAY IS LIFTED