**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HARRY D. WITTHAUER**, *et al.*, <br>     **Plaintiffs,** <br>     v. <br> **MCKESSON CORPORATION**, *et al.*, <br>     **Defendants**. | Case No.: 12-CV-05937 YGR <br><br> **ORDER VACATING COMPLIANCE HEARING, EXTENDING STAY, SETTING FURTHER COMPLIANCE HEARING** |

Having reviewed the joint status report filed on April 4, 2014 (Dkt. No. 105), the Court hereby **VACATES** the compliance hearing set for April 11, 2014.  Consistent with the Court's minute order of November 1, 2013 (Dkt. No. 100), the Court extends the stay in this case for another six months.

The Court sets a further compliance hearing for its 9:01 a.m. calendar on **Friday, October 10, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties shall file a further joint status report at least five business days in advance.

**IT IS SO ORDERED.**

Date: April 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**