UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY D. WITTHAUER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-05937-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 122 |

The parties have filed a stipulation dated July 17, 2015, stating that all claims of Plaintiffs Joyce Auston, Edith Langlois, Kim Ragan, Donna Romero, Kay Romero, and Gary Tackett against all defendants named in this matter, without regard to whether such defendants have appeared, are dismissed with prejudice.  ECF No. 122.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The following Plaintiffs are dismissed with prejudice: Joyce Auston, Edith Langlois, Kim Ragan, Donna Romero, Kay Romero, and Gary Tackett.  The claims of all remaining Plaintiffs in this matter will proceed in accordance with the prior orders entered by this Court, including orders staying this matter and staying the responsive pleading deadline of Defendants who have not yet answered or otherwise responded to Plaintiffs' complaint.

IT IS SO ORDERED.

Dated: July 20, 2015

                                            JON S. TIGAR
                                     United States District Judge